PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTIN VALDOVINOS, ET AL.,<br><br>Defendants. | CASE NO. 1:19-CR-00242-JLT-SKO<br><br>STIPULATION TO CONTINUE JURY TRIAL AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 6, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on February 6, 2024.

2. By this stipulation, the government and defendants now move to continue the jury trial to August 13, 2024, and to exclude time between February 6, 2024, and August 13, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional voluminous discovery was provided to defense counsel consisting of wiretap information within the last

several months.

b) The government has provided plea offers and negotiations are ongoing.

c) Counsel for defendants' desire additional time to review the voluminous discovery, conduct investigation, and continue to engage in plea negotiations.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government agrees with the continuance request and does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 6, 2024 to August 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 10, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

[Remainder of page intentionally left blank.]

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: January 10, 2024

/s/ MICHAEL AED

MICHAEL AED
Counsel for Defendant
AUGUSTIN VALDOVINOS.

Dated: January 10, 2024

/s/ DANIEL HARRALSON_____
DANIEL HARRALSON
Counsel for Defendant
CHRISTOPHER GREEK

Dated: January 10, 2024

/s/ MARK BROUGHTON_____
MARK BROUGHTON
Counsel for Defendant
DANIEL VELASQUEZ

**ORDER**

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS FUTHER ORDERED that the jury trial continued to August 13, 2024, and that the time period of February 6, 2024 to and through August 13, 2024 be excluded from the time in which trial must commence.

IT IS SO ORDERED.,

Dated: January 10, 2024

_____
UNITED STATES DISTRICT JUDGE