PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTIN VALDOVINOS, ET AL.,<br><br>Defendants. | CASE NO. 1:19-CR-00242-JLT-SKO<br><br>STIPULATION TO VACATE JURY TRIAL, SET STATUS HEARING, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: August 13, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on August 13, 2024.

2. By this stipulation, the government and defendants now move to vacate the jury trial and set a status conference for September 18, 2024, and to exclude time between August 13, 2024, and September 18, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional voluminous discovery was provided to defense counsel consisting of wiretap information within the last

several months.

   b) The government has provided plea offers and negotiations are ongoing.

   c) Defendant Velasquez is set for a change of plea hearing on July 29, 2024.

   d) Counsel for defendant Valdovinos exepcts to be in trial om another matter beginning Juoly 23, 2024.  That trial is expected to conjclude late august 2024.

   e) Counsel for defendants' Valdovinos and Greek desire additional time to conduct investigation, and continue to engage in plea negotiations.  The parties are hopeful that the matter will resolve without a jury trial.  There are forfeiture issues that have complicated the plea negotiations.

   f) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   g) The government agrees with the continuance request and does not object to the continuance.

   h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 13, 2024 to September 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

///

| | |
|---|---|
| Dated: July 12, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ LAUREL J. MONTOYA<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| Dated: July 12, 2024 | /s/ MICHAEL AED<br>MICHAEL AED<br>Counsel for Defendant<br>AUGUSTIN VALDOVINOS. |
| Dated: July 12, 2024 | /s/ DANIEL HARRALSON<br>DANIEL HARRALSON<br>Counsel for Defendant<br>CHRISTOPHER GREEK |

**ORDER**

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS FUTHER ORDERED that the jury trial set for August 13, 2024 is vacated, a status conference is set for September 18, 2024 at 1:00pm before Judge Oberto, **at which time Judge Oberto will set the matter for trial**[1], and that the time period of August 13, 2024 to and through September 18, 2024 be excluded from the time in which trial must commence.

IT IS SO ORDERED.

Dated:   **July 16, 2024**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

---

[1] The Court is perplexed as to why the matter was set for a change of plea if the defendants had not decided to enter a plea.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3