ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTIN VALDOVINOS,<br><br>Defendant. | CASE NO. 1:19-CR-00242-JLT-SKO<br><br>STIPULATION TO VACATE JURY TRIAL AND SET CHANGE OF PLEA HEARING; ORDER<br><br>DATE: November 18, 2025.<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on November 18, 2025..

2. By this stipulation, the government and defendants now move to vacate the jury trial and set a change of plea hearing for Novmeber 17, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) The government has provided a revised plea agreement and negotiations are ongoing.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1             c)     Counsel for defendant Valdovinos and the government believe the matter will
2     settle and the remaining forfeiture issues will be resolved.
3             d)     Should the matter not resolve, a new trial date will be set on November 17, 2025
4     or by stipulation to be filed with this Court.
5             e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
6     et seq., within which trial must commence, time has previously been excluded to and through
7     November 18, 2025.
8         4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
9  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
10 must commence.
11        IT IS SO STIPULATED.

Dated:  October 30, 2025                ERIC GRANT
                                        United States Attorney

                                        /s/ LAUREL J. MONTOYA
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney

Dated:  October 30, 2025                /s/ MICHAEL AED
                                        MICHAEL AED
                                        Counsel for Defendant
                                        AUGUSTIN VALDOVINOS.

**[Remainder of this page intentionally left blank.]**

STIPULATION REGARDING EXCLUDABLE TIME             2
PERIODS UNDER SPEEDY TRIAL ACT

**ORDER**

IT IS SO FOUND that the ends of justice are served by requested actions.

IT IS FUTHER ORDERED that the jury trial set for November 18, 2025 is vacated and a change of plea hearing is set for November 17, 2025.  Time has previously been excluded to and through November 18, 2025.


IT IS SO ORDERED.

Dated: __October 31, 2025__                              _/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE