ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00242-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| AUGUSTIN VALDOVINOS, | DATE: November 18, 2025 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea hearing on November 18, 2025.

2. By this stipulation, the government and defendant now move to continue the change of plea hearing to December 1, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has provided a revised plea agreement and negotiations are ongoing. The parties have been negotiating the resolution of the forfeiture issues. Additional time is needed to finalize the agreement.

    b) Counsel for defendant Valdovinos and the government believe the matter will settle and the remaining forfeiture issues will be resolved.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

        c)        Should the matter not resolve, a new trial date will be set on December 1, 2025 or by stipulation to be filed with this Court.

    4.        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2025 to December 1, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    5.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 13, 2025

ERIC GRANT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  November 13, 2025

/s/ MICHAEL AED
MICHAEL AED
Counsel for Defendant
AUGUSTIN VALDOVINOS.

**ORDER**

IT IS SO FOUND that the ends of justice are served by requested actions.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS FUTHER ORDERED that the change of plea hearing is continued to December 1, 2025, and that the time period of November 18, 2025 to and through December 1, 2025 be excluded from the time in which trial must commence.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3