ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
ANTONIO J. PATACA
ELISA M. RODRIGUEZ
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00242-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| AUGUSTIN VALDOVINOS, JR., | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Augustin Valdovinos, Jr., it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.      Pursuant to 21 U.S.C. § 853(a), defendant Augustin Valdovinos, Jr.'s interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a.      Approximately $24,900.00 in U.S. Currency, plus all accrued interest,
      b.      Approximately $9,210.00 in U.S. Currency, plus all accrued interest,
      c.      Approximately $5,766.00 in U.S. Currency, plus all accrued interest,
      d.      Approximately $3,300.00 in U.S. Currency, plus all accrued interest,
      e.      All firearms and ammunition seized, and
      f.      $250,000 as sub *res* in lieu of the real property located at 4422 E. Home Avenue, Fresno, California, APN: 453-143-02.

2.      The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of a violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii), and was used

1

or intended to be used in any manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii).

3.      The $250,000.00 sub *res* shall be paid within 60 days of the imposition of sentence. Payment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the $250,000.00 sub *res* shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.      If the sub *res* of $250,000.00 is not paid within 60 days of the imposition of sentence, then defendant Augustin Valdovinos, Jr. forfeits his right, title, and interest in the real property located at 4422 E. Home Avenue, Fresno, California, APN: 453-143-02.  The U.S. Marshals Service shall be authorized to sell the real property located at 4422 E. Home Avenue, Fresno, California, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.

5.      Upon payment of the sub *res* described above, or the Home Avenue property is forfeited to the government, and no later than 60 days thereafter, the United States shall withdraw its recorded *lis pendens* against the real property located at 2810 Walton Avenue, Sanger, California, APN: 322-230-48.

6.      Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

7.      a.      Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day

Preliminary Order of Forfeiture

of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

8.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

9.      Within 60 days of sentencing, the U.S. Marshals Service shall return the 2016 Dodge Challenger, VIN: 2C3CDZC9XGH164656, 2015 GMC Sierra 2500, VIN: 1GT120E8XFF177450, 2015 Cadillac SRX, VIN: 3GYFNCE37FS598700, License Number: 8EVY502, and 2018 Jeep Wrangler, VIN: 1C4HJXDG2JW161786, License Number: 8LAA960 to defendant Augustin Valdovinos, Jr. through his attorney Michael Aed.

IT IS SO ORDERED.

Dated:    **February 24, 2026**

_Jennifer L. Thurston_____
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture