ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                    v.<br><br>AUGUSTIN VALDOVINOS, JR., ET AL<br><br>                           Defendant. | CASE NO.  1:19-CR-00242<br><br>DESIGNATION OF COUNSEL |

The United States of America requests that Assistant U.S. Attorney ANTONIO J. PATACA be added as counsel of record for plaintiff to the above-referenced case and added as such to the service list of actions.


 Dated:  March 16, 2026

ERIC GRANT
United States Attorney

By:  _____
ANTONIO J. PATACA
Assistant United States Attorney

DESIGNATION OF COUNSEL