LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>　　v.<br><br>AUGUSTIN VALDOVINOS, JR,<br><br>　　Defendant. | CASE NO: 1:19-CR-00242<br><br>ORDER DENYING REQUEST TO DELAY THE DEFENDANT'S SURRENDER TO SERVE THE SENTENCE IMPOSED (Doc. 193) |

**STIPULATION TO CONTINUE SURRENDER DATE**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By prior order of the Court, the Defendant was ordered to surrender for transfer to the United States Bureau of Prisons at 12:00 p.m. on June 24, 2026, to begin serving his sentence.

2. By this stipulation, the defendant now moves to extend his surrender date to 12:00 p.m. on July 1, 2026.

Stipulation to Extend the Surrender Date
1:19-CR-00242

**Legal Aed**
Excellence in Criminal Defense
The Law Offices of Michael J. Aed

a. The parties agree and stipulate, and request that the Court find the following:

    i. This is a complex multi-defendant matter.

    ii. Defendant, Augustin Valdovinos, Jr., needs a brief extension of time to fulfill financial obligations that were an express term of the negotiated plea agreement.

b. The government does not object to the modification.

IT IS SO STIPULATED.

Dated: June 23, 2026          Respectfully submitted,

/s/ Anthony Pataca

Anthony Pataca<br>*AUSA*

Dated: June 23, 2026          Respectfully submitted,

/s/ Michael J. Aed

Michael J. Aed<br>*Attorney for Defendant*

**FINDINGS AND ORDER**

The stipulation, filed on the eve of the imposed surrender date (Doc. 193), to extend the defendant's surrender date fails to explain the "financial obligations" required by the plea agreement that the defendant has failed to meet. Likewise, the defendant provides no explanation why he has failed to meet the obligations. Notably, the plea agreement requires many "financial obligations" all of which were required to be met by May 30, 2026 (Doc. 164 at 3-5). Finally, the Court disagrees that this matter is "complex," but even if it were, there is no explanation as to why that means that the defendant should not surrender as ordered. Thus, the Court finds no good cause to extend the surrender date, and the stipulation is **DENIED**.

IT IS SO ORDERED.

Dated: June 23, 2026

JENNIFER L. THURSTON
U.S. District Judge

2

