ERIC GRANT
United States Attorney
ANTONIO J. PATACA
ELISA M. RODRIGUEZ
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AUGUSTIN VALDOVINOS, JR.,<br>Defendant. | CASE NO. 1:19-CR-00242-JLT-SAB<br><br>FINAL ORDER OF FORFEITURE |

On February 24, 2026, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Augustin Valdovinos, Jr. forfeiting to the United States the following property:

a. Approximately $24,900.00 in U.S. Currency, plus all accrued interest,
b. Approximately $9,210.00 in U.S. Currency, plus all accrued interest,
c. Approximately $5,766.00 in U.S. Currency, plus all accrued interest,
d. Approximately $3,300.00 in U.S. Currency, plus all accrued interest,
e. All firearms and ammunition seized, and
f. $250,000 as sub *res* in lieu of the real property located at 4422 E. Home Avenue, Fresno, California, APN: 453-143-02.

Beginning on February 28, 2026, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

a. Ily Rossbet Figueroa and Margarita Gildo Velasco: A notice letter was sent via certified mail to Ily Rossbet Figueroa and Margarita Gildo Velasco c/o Michael J. Aed, Esq. attorney for Augustin Valdovinos, Jr. at Law Office of Michael J. Aed, 2115 Kern Street, Suite 1, Fresno, CA 93721. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed. The USPS Tracking Results show delivery was made on March 5, 2026.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

The Court has been advised that pursuant to the Preliminary Order of Forfeiture, on April 29, 2026, the U.S. Marshals Service returned to defendant Augustin Valdovinos, Jr. through his attorney Michael J. Aed, the 2016 Dodge Challenger, VIN: 2C3CDZC9XGH164656, 2015 GMC Sierra 2500, VIN: 1GT120E8XFF177450, 2015 Cadillac SRX, VIN: 3GYFNCE37FS598700, License Number: 8EVY502, and 2018 Jeep Wrangler, VIN: 1C4HJXDG2JW161786, License Number: 8LAA960.

The Court has also been advised that on June 26, 2026, defendant paid to the United States $250,000 as sub *res* in lieu of the real property located at 4422 E. Home Avenue, Fresno, California, APN: 453-143-02. The sub *res* was paid in conjunction with the close of escrow on the real property located at 4422 E. Home Avenue, Fresno, California, APN: 453-143-02. Chicago Title Company recorded a Notice of Withdrawal of Lis Pendens, releasing the United States' lis pendens against the property.

The Court has been further advised that on July 6, 2026, the United States recorded a Notice of Withdrawal of Lis Pendens, releasing the lis pendens recorded against the real property located at 2810 Walton Avenue, Sanger, California, APN: 322-230-48.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Augustin Valdovinos, Jr., Ily Rossbet Figueroa, and Margarita Gildo Velasco.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: _July 14, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE